**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

**LAWRENCE YOUNG,** *on behalf of himself*
*and all other persons similarly situated,*

               **Plaintiff,**

       **-against-**

**MCNALLY JACKSON BOOKS, LLC.**

         **Defendant.**

------------------------------------------------------- X

**1:19-cv-08435 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's Order to Show Cause. ECF Nos. 8-9. It is

**ORDERED** that a copy of this Order, Plaintiff's proposed Order to Show Cause and the

accompanying memorandum of law be personally served upon the defendant or his counsel on or

before **January 17, 2020** and that such service be deemed good and sufficient. Further,

Defendant is hereby **ORDERED** to respond to Plaintiff's proposed Order to Show Cause on or

before **January 24, 2020**.

**SO ORDERED.**

Dated:    **January 15, 2020**
          **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**